# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

MAYK MATUTE,

        Petitioner,

   v.

ATTORNEY GENERAL, et.al.,

        Respondents.

/

1:09-cv-01196-DLB (HC)

ORDER VACATING ORDER TO SHOW
CAUSE

[Doc. 8]

    Petitioner is detained by the Immigration and Customs Enforcement ("ICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner filed the instant petition for writ of habeas corpus on July 10, 2009. On July 14, 2009, the Court issued an order to show cause why the petition should not be dismissed for lack of jurisdiction, i.e. failure to name a proper respondent. (Court Doc. 8.) Upon further review of the petition, in the text he does name Attorney General Holder and District Director Alcantar as Respondents. (Petition, at 2.) Therefore, the Court will vacate the order to show cause and in a separate order direct Respondent to file a response.

    Accordingly, it is HEREBY ORDERED that the order to show cause issued July 14, 2009, is VACATED.


   IT IS SO ORDERED.

  **Dated:**   **February 17, 2010**         **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE